UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Warren D. Fields, Sr.                                       Case No. 11-37835-KRH
    Doretha W. Fields
Debtors                                                                Chapter 13

    2616 Homestead Drive

    Petersburg, VA 23805

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 2027, 6231

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

    Linda D. Jennings, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $500.00.

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post-confirmation modified plan on 04/26/2013 pursuant to the trustee's motion to dismiss on 04/08/2013. ($400.00)

2. The Attorney has provided services to the Debtor(s) in connection with an objection to claim 16 filed by the court by National Capital Management, LLC filed with this Court on 06/03/2013. An Order Modifying the Claim was entered by the Court without a hearing on this matter on 08/30/2013. ($100.00)

3. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

4. The Attorney is the sole provider of legal services to the Debtor(s).

5. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

6. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                                         Respectfully Submitted,

                                                         /s/ Linda D. Jennings
                                                         Linda D. Jennings (VSB#19455)
                                                         Attorney for Debtor
                                                         The America Law Group, Inc.
                                                         d/b/a The Debt Law Group
                                                         2312 Boulevard

Colonial Heights, VA 23384
Tel:  (804) 520-2428
Fax: (804) 318-3806

Certificate of Service

     I certify that on December 5, 2013, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

     /s/ Linda D. Jennings
     Linda D. Jennings

Warren D. Fields, Sr.
Doretha W. Fields
Debtors
2616 Homestead Drive
Petersburg, VA 23805

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

  Warren D. Fields, Sr.          Case No. 11-37835-KRH
  Doretha W. Fields
Debtors                 Chapter 13

  2616 Homestead Drive

  Petersburg, VA 23805

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 2027, 6231

NOTICE OF MOTION

Debtor by counsel, has filed papers with the court for application for supplemental compensation in this Chapter 13 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before December 19, 2013, you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad St.
Richmond, VA 23219

You must also mail a copy to:

The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23384

____        Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

_____        Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ AM at the United States Bankruptcy Court, 701 E. Broad St, Courtroom , Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: December 5, 2013                                     /s/ Linda D. Jennings
                                                                            Linda D. Jennings (VSB# 19455)
                                                                            Counsel for Debtor
                                                                            The America Law Group, Inc.
                                                                            d/b/a The Debt Law Group
                                                                            2312 Boulevard
                                                                            Colonial Heights, VA 23384
                                                                            Ph: 804-520-2428


PROOF OF SERVICE


        I certify that on December 5, 2013 I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

                                                                    /s/ Linda D. Jennings
                                                                    Linda D. Jennings


Warren D. Fields, Sr.
Doretha W. Fields
Debtors
2616 Homestead Drive
Petersburg, VA 23805

**NAME AND ADDRESSES OF CREDITORS**

| | |
|---|---|
| **Afni**<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701-0000<br>**Americredit** | Po Box 181145<br>Arlington, TX 76096-0000<br><br>**Americredit Financial Services, Inc.**<br>PO Box 183853<br>Arlington TX 76096 |

**Chase**
Po Box 15298
Wilmington, DE 19850-0000

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Credit First**
Po Box 818011
Cleveland, OH 44181-0000

**Credit One Bank**
Po Box 98872
Las Vegas, NV 98872-0000

**Dell Financial Services**
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708-0000

**Dell Financial Services L.L.C.**
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**GE Capital Retail Bank**
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

**Granite Recovery LLC**
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Hsbc Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-0000

**HSBC Bank Nevada, N.A.**
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

**HSBC Bank Nevada, N.A.**
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

**Hsbc/rs**
Attn: Bankruptcy Department
Po Box 5263
Carol Stream, IL 60197-0000

**Juliesha Winfield**
Hickory Road
Ettrick, VA

**Lowes / MBGA / GEMB**
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076-0000

**Mariner Finance**
12654 Jefferson Davis Hwy
Chester, VA 23831-0000

**Mariner Finance, LLC**
3301 Boston Street, Ste 201
Baltimore, MD 21224

**Midland Funding LLC**
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

**National Capital Management, LLC**
Agent for GE Capital Retail Bank
8245 Tournament Drive, Suite 230
Memphis, TN 38125

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**PRA Receivables Management, LLC**
POB 41067
Norfolk, VA 23541

**Professional Anesthesia Group**
PO Box 778
Mount Airy, MD 21771-0000

**Receivables Management**
PO box 8630

Richmond, VA 23226-0000

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Regional Acceptance Co**
10051 Midlothian Tpke
North Chesterfield, VA 23235-0000

**Regional Acceptance Corporation**
BB&T is servicing this account
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894

**Regional Acceptance Corporation,**
PO Box 1847,
Wilson, NC 27894-1847

**Santander**
Po Box 961245
Ft Worth, TX 76161-0000

**SANTANDER CONSUMER USA**
P.O. BOX 560284
DALLAS, TX 75356-0284

**Source Receivables Management**
Po Box 4068
Greensboro, NC 27404-0000

**Southside Regional Med Cent**
200 Medical Park Blvd
Petersburg, VA 23805-0000

**Southside Regional Medical Center**

c/o PASI
PO Box 188
Brentwood, TN 37024

**Sprint Nextel Correspondence**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**Valentine & Kebartas, Inc**
PO Box 325
Lawrence, MA 01842-0000

**Virginia Emergency Group**
PO Box 281743
Atlanta, GA 30384-0000

**Wells Fargo Bank, NA**
Attn: Bankruptcy Department
3476 Stateview Blvd.,MAC X7801-014
Fort Mill, SC 29715

**Wells Fargo Home Mortgage**
Po Box 10335
Des Moines, IA 50306-0000

**Yamaha/gemb**
Gemb/Attn: Bankruptcy Dept
Po Box 103106
Roswell, GA 30076-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Warren D. Fields, Sr.                                   Case No. 11-37835-KRH
    Doretha W. Fields
Debtors                                                       Chapter 13

    2616 Homestead Drive

    Petersburg, VA 23805

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 2027, 6231

**ORDER APPROVING ATTORNEY COMPENSATION**

       The attorney for Debtors(s) filed an application for supplemental compensation stating that she is entitled to receive as supplemental compensation the amount of $500.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post-confirmation modified plan on 04/26/2013 pursuant to the trustee's motion to dismiss on 04/08/2013. ($400.00)

2. The Attorney has provided services to the Debtor(s) in connection with an objection to claim 16 filed by the court by National Capital Management, LLC filed with this Court on 06/03/2013. An Order Modifying the Claim was entered by the Court without a hearing on this matter on 08/30/2013. ($100.00)

       There being no objection filed to the application for compensation in this matter to date in the amount of $500.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $500.00 to Linda D. Jennings, from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                        UNITED STATES BANKRUPTCY COURT

                                        By_____
                                                       Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Linda D. Jennings

Linda D. Jennings, VSB# 19455, Counsel for Debtor
2312 Boulevard
Colonial Heights, VA 23834
Tel. 804-520-2428
Fax: 804-318-3806

Seen and agreed

_____
Robert E. Hyman

## Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Linda D. Jennings
Linda D. Jennings

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

Warren D. Fields, Sr.
Doretha W. Fields
Debtors
2616 Homestead Drive
Petersburg, VA 23805